May 19, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF DIANE MARIE APFFEL AND RALPH ALBERT APFFEL, JR.

NO. 14-15-00076-CV

_____

This cause, an appeal from the Agreed Final Decree of Divorce signed December 22, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Ralph Albert Apffel, Jr., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.